Argued and submitted July 17, affirmed December 30, 1992, reconsideration denied February 24, petition for review denied March 23, 1993 (315 Or 643)

# STATE OF OREGON,
*Respondent,*

*v.*

# ANTHONY CHARLES BOWERS,
*Appellant.*

(C891431CR; CA A69004 (Control), A69076)
(Cases Consolidated)

842 P2d 819

Wayne Mackeson, Portland, argued the cause for appellant. With him on the brief was Des Connall, P.C., Portland.

Douglas F. Zier, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Charles S. Crookham, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Richardson, Presiding Judge, and Deits and Durham, Judges.

PER CURIAM

**PER CURIAM**

Defendant appeals convictions, after a jury trial, on one count of sodomy in the first degree, ORS 163.405, five counts of sexual abuse in the first degree, ORS 163.427, and one count of furnishing obscene material to a minor. ORS 167.065.

He argues that each count of the indictment is subject to demurrer on the ground that the Statute of Limitations had expired before the indictment was returned. He raises the limitation issue for the first time on appeal. That is too late. We decline to address that claim of error.

The other assignments of error do not warrant discussion.

Affirmed.